**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael V. Withers,<br><br>Plaintiff,<br><br>v.<br><br>Beecken Petty O'Keefe & Company, et al.,<br><br>Defendants. | No. CV-17-03391-PHX-DWL (JZB)<br><br>**ORDER** |

Plaintiff filed this lawsuit on September 6, 2017. On June 11, 2019, Defendants Corizon Incorporated, Joanna Grafton-Burns, and Sharon Kary ("Defendants") filed a motion for summary judgment (Doc. 102) and accompanying statement of facts (Doc. 103).

On August 29, 2019, Plaintiff filed a response to the motion for summary judgment (Doc. 122) and controverting statement of facts (Doc. 123). Plaintiff objected to Defendants' omission of evidence from Plaintiff's medical records, and on January 21, 2020, the Court ruled that "[w]here, as here, Defendants refer to—but fail to attach—relevant evidence from outside specialists, Defendants cannot show they provided proper medical care for Plaintiff's serious medical needs, and they deprive Plaintiff of evidence that could potentially show otherwise." (Doc. 133 at 2.) The Court ordered that "Defendants must, at a minimum, serve Plaintiff" with several categories of "known missing documents" and ordered Defendants to "amend their Statement of Facts and supplement their exhibits accordingly. (*Id*. at 3.) The Court also ordered Defendants to

cite to specific portions of the record. (*Id.* at 3-4.) The Court, cognizant of how long this case had already been pending, set an expedited schedule: Defendants were required to serve Plaintiff with the missing exhibits and file an amended statement of facts within 7 days, and then Plaintiff had 7 days to file a controverting statement of facts limited to Defendants' amended facts and additional exhibits. (*Id.* at 4.) Following these two 7-day periods, the motion finally would be ripe for review. (*Id.*)

Defendants' missing exhibits and amended statement of facts should have been served and filed on Tuesday, January 21, 2020. Defendants failed to file the missing exhibits and amended statement of facts within the 7-day timeframe ordered by the Court and instead filed them 2 days late, on Thursday, January 30, 2020. (Docs. 135, 136.) On February 5, 2020, Plaintiff filed a motion for sanctions, requesting that the Court render a default judgment as a sanction, pursuant to Rule 11 and Rule 37(b). (Doc. 137 at 2-3.)

On February 7, 2020, Plaintiff filed a motion for extension of time, seeking a 30-day extension to file his controverting statement of facts. (Doc. 138.) Plaintiff stated that he did not receive Defendants' missing exhibits and amended statement of facts until February 3, 2020. (*Id.*; *see also* Doc. 137 at 1.) The amended statement of facts and accompanying exhibits include 593 pages. (Docs. 135, 135-1, 135-2, 135-3, 135-4, 135-5). The Court will grant in part Plaintiff's motion for extension of time and extend Plaintiff's deadline to file his controverting statement of facts to March 3, 2020.

Defendants' notice to the Court regarding the missing documentation (Doc. 136) failed to acknowledge or apologize for the two-day delay in filing the missing exhibits and amended statement of facts. Nevertheless, the delay was very short, and the Court has granted Plaintiff an extension of time to respond, so there is no prejudice. The Court will deny the motion for sanctions.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for sanctions (Doc. 137) is denied.

…

…

**IT IS FURTHER ORDERED** that Plaintiff's motion for extension of time (Doc. 138) is granted. Plaintiff's deadline to file his controverting statement of facts is extended to **March 3, 2020**.

Dated this 11th day of February, 2020.

Dominic W. Lanza
United States District Judge